THE STATE OF OHIO, APPELLEE, *v.* SAMPLES, APPELLANT.

[Cite as *State v. Samples,* 124 Ohio St.3d 120, 2009-Ohio-6542.]

(No. 2009–0699—Submitted September 30, 2009—Decided December 17, 2009.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester,* 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Spencer Cahoon, Assistant Public Defender, for appellant.